UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

In re:

    **Qianyang Zhang.**　　　　　　　　　　　　　　　Case # 2:21-mc-146

# ORDER
### GRANTING APPLICATION FOR EXEMPTION FROM THE ELECTRONIC PUBLIC ACCESS FEES

    This matter is before the Court on the application and request by Qianyang Zhang for exemption from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts.

    Based on the application before it, THE COURT FINDS that Qianyang Zhang, as a researcher at Columbia University, falls within the class of users listed in the fee schedule as being eligible for a fee exemption, and THE COURT FURTHER FINDS that Qianyang Zhang has demonstrated he needs an exemption to avoid unreasonable burdens and to promote public access to information.

    Accordingly, THE COURT ORDERS that Qianyang Zhang shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this court, to the extent such use is incurred in the course of his Economics graduate course. This Order does not exempt Qianyang Zhang from the payment of fees incurred in connection with other uses of the PACER system in this court.

    THE COURT FURTHER ORDERS that the following limitations apply:

1. This fee exemption applies only to Qianyang Zhang and is valid only for the purposes stated above.
2. This fee exemption applies only to the electronic case files of this court that are available through the PACER system.
3. By accepting this exemption, Qianyang Zhang agrees not to sell for profit any data obtained as a result of receiving this exemption.
4. Qianyang Zhang is prohibited from transferring any data obtained as a result of receiving this exemption, including redistribution via internet-based databases.
5. This exemption is valid until <u>October 31, 2022</u>.

    THE COURT FURTHER ORDERS that this exemption may be revoked at the discretion of the Court at any time.

    The Clerk is directed to send a copy of this Order to the PACER Service Center.

    **SO ORDERED**.

October 27, 2021　　　　　　　　　　　　　　　　　　Colleen A. Brown
Burlington, Vermont　　　　　　　　　　　　　　　　United States Bankruptcy Judge